IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO

DWAYNE SIMS
Plaintiff(s)

V.

C/O McCloud
Defendant

Plaintiff's First Request for
Production of Documents
Civil Action No. 1:23-cv-00105-JPH-SKB

FILED
RICHARD W. NAGEL
CLERK OF COURT
2023 FEB 23 PM 1:20
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST DIV. COLUMBUS

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Plaintiff requests that Defendants C/O McCloud, Harry Green, Cinthia Davis, Jeremy Opry, Donald Leadwood, Corry Samson produce for Inspection and copying the following documents

1.) The complete prison records of The plaintiff Sims, Conduct Reports, R.I.B Hearings, S.M.P Hearing, disiplinary actions, documents and audio Recordings and video.

2.) All Written Statements (originals or copies) identifiable as reports about the Incident on Oct 31 2022 made by All O.D.R.C Employees and or witnesses on Oct 31 2022

3.) any and all medical records of plaintiff Sims from the time of his Incarceration In Southern Ohio Correctional facility through and Including the date Your response to this Request

4.) any and all rules, regulations, and policies of the Ohio Department of Rehabilitation and Corrections about treatment of prisoners In R.H and use of force Incidents and due process for conduct Report, R.I.B Hearings and S.M.P Hearing also The B.W.C policies and Procedures.

5.) I would like the cam footage from all of The C/O present B.W.C The Institutional footage and C/O McCloud Camera B.W.C footage. On Oct 31 2022

6.) I would like all grievances, Kits Informal complaints and grievances Paper work from July 8 2022 To This date you answer The Request.

7.) I would like The medical Procedure for a Inmate Involved In a use of force and the steps they take.

Date: 1-26-23

Signd: Dwayne Sims