IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

FILED
RICHARD W. NAGEL
CLERK OF COURT

2023 FEB 23 PM 1:20

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

DWAYNE SIMS

Plaintiff(s)

V.

C/O McCloud

Defendant(s)

Declaration OF DWAYNE SIMS

Civil Action No. 2:23-CV-00540-ALM-SKB

DWAYNE SIMS Hereby declares:

I have been Incarcerated here at Southern Ohio Correctional facility Since July, 8th 2022 since April 23 2022 I have Been Retaliated on By The Defendants Name In the complaint on several occasions I have Been targeted due to me refusing to Enter Into the gang prevention Program I have been targeted due to me refusing to, ODRC has Inmates who are In gangs and Suspected Inmates who sell drugs.

ON 08/23/2022 I won my S.M.P appeal from the operation support center due to my 48 hour Notice Could Not be Verifide, due to the fact the SMP panel lied and forged a false Signature and said I was at The SMP Hearing When I Never Went to a SMP Hearing oll refused to go So Keir L. Hupra The program administrator the III at The operation support center ordered for a New Review to be completed I told the defendant Jeremy opps several times to do me a New Review Because my Regular Review is September 08, 2022 and I Never Violated None of my IAP years he refused several times I wrote him Informals complaint and a grievances that was Never answered So I sent it to the chief Inspector.

ON Sept, 29 2022 I Was sent to the hole for going to Rec' I Never Violated any Institutional Rule The Rec officer stated you are on Recreation Restriction So He cuffed Me Back up after putting me Inside the Recreation Cage and then coming back outside and cuffing me back up saying Im going to the hole for coming to Recreation When the Rec officer allowed me to come. His (Bloc) Was Activated and He walked me to R.H I Was Striped out Searched Nothing was found I Was placed In cell 17 on J-2 Slammer side only five minute's Inside that cell I Never Was given any of my property So the c/o's working that day Knew I didn't have anything In that cell at that time, I found a Knife and a Pill placed In my cell I Immidiently Notified The c/o's Working, Each time

To Call a white [illegible]... [illegible] Telling her this was found. In this cell when I just got placed In here without my pillcup I placed it In her hand she took it and said she will do what she is suppose to do I found out five days later I had a ticket for a weapon that I Never Received a Hearing for.

Oct, 31 2022 I did over 29 days In RH after being assulted I did 37 days In RH when you can do only up to 29 days In RH

02/04/23 all of my apps has been turned off on my tablet I have been Restricted from the law library and using the phone, I Received another 9 days for using the phone when I Never Received my one call a month To call operation support center I am Being Refused to get transfered to another level 4 when I have Been on The waiting list for 3 months.

I will suffer Irreparable Injury to my Mental Health also loss to my Property and liberty, If my fundamental due process are continued to be violated and damages To my well Being If the court does Not sign my Temporary Restraining order

I declare under penalty of prejury that the foregoing is true and Correct Executed on Feb 15 2023 at Southern ohio Correctional facility city of lucasville, State of ohio 45699.

Dwayne Sims #753-052
Southern Ohio Correctional facility
P.o. Box 45699
Lucasville, Ohio 45699



Southern Ohio Correctional Facility
Outgoing Inmate Mail

US POSTAGE ™ PITNEY BOWES

ZIP 45648
02 4W
0000388647 FEB 22 2023 $ 001.50⁰

Office of the Clerk

United States District Court

Southern District of Ohio
85 Marconi, Boulevard Room 121
Columbus, Ohio 43215