UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DWAYNE SIMS,
    Plaintiff,

vs.

C/O MCCLOUD, et al.,
    Defendants.

Case No. 1:23-cv-00105
Hopkins, J.; Bowman, M.J.

**ORDER APPOINTING**
**PRO BONO COUNSEL IN**
**MEDIATION PROCEEDING**

    The Court hereby appoints Attorney Jacqueline Greene, Esq. of the law firm Friedman, Gilbert + Gerhardstein to represent the Plaintiff in the above-captioned action solely for the limited purpose of assisting the Plaintiff with mediation. Attorney Jacqueline Greene is not obligated to conduct any discovery, to prepare or respond to any motions or to participate in the trial of this case. Upon the conclusion of the mediation, her representation of Plaintiff Dwayne Sims will end. Accordingly,

    **NOW, THEREFORE, IT IS ORDERED** that Attorney Jacqueline Greene, Esq. be and hereby is **appointed** to pro bono representation of pro se Plaintiff Dwayne Sims for mediation purposes only in this action.

    **IT IS FURTHER ORDERED** that this proceeding be and hereby is **transferred** to United States Magistrate Judge Karen L. Litkovitz for mediation and the parties shall appear at such time as she shall designate.

    **IT IS FURTHER ORDERED** that the parties shall mediate their dispute in good faith. **IT IS ALSO ORDERED** that the parties shall not file or reveal to this court or its staff any discussions or facts disclosed during mediation without the prior consent of the adverse party.

At the conclusion of the mediation, the magistrate judge will advise the undersigned whether mediation has been successful and will not otherwise reveal any information concerning the action.

**SO ORDERED.**

                                                       *s/Stephanie K. Bowman*
                                                      Stephanie K. Bowman
                                                      United States Magistrate Judge