# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

DWAYNE SIMS,                                :
                                            :
        *Plaintiff*,                        :    Case No. 1:23-cv-105
                                            :
vs.                                         :    Judge Jeffery P. Hopkins
                                            :
C/O MCCLOUD, *et al.*,                      :
                                            :
        *Defendants*.                       :

---

## ORDER ADOPTING REPORT AND RECOMMENDATION

---

Presently before the Court is the Report and Recommendation issued by Magistrate Judge Stephanie K. Bowman on October 31, 2023 (Doc. 21), wherein she recommends that Plaintiff's Application for Entry of Default (Doc. 17) be denied. No objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired.

Having carefully reviewed the comprehensive findings and conclusions of the Magistrate Judge and finding no clear error, the Court hereby **ADOPTS** the Report and Recommendation in its entirety. *See* Fed. R. Civ. P. 72 (advisory committee notes) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the fact of the record in order to accept the recommendation"); *see e.g., Roane v. Warden of Corr. Reception Ctr.*, No. 2:22-cv-2768, 2022 WL 16535903, at *1 (S.D. Ohio Oct. 28, 2022). Accordingly, Plaintiff's Application for Entry of Default (Doc. 17) is **DENIED.**

**IT IS SO ORDERED.**

September 26, 2024

Jeffery P. Hopkins
United States District Judge